April 15, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

DEANDRE MARQUIS GRAY, JR., Appellant

NO. 14-14-00274-CR            V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion. The Court further orders that appellant pay all costs incurred by reason of this appeal and this decision be certified below for observance.